IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FRIENDS OF THE BITTERROOT, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | CV 26-49-M-KLD <br><br><br> ORDER |

Defendant United States Forest Service has filed an unopposed motion for a 30-day stay of proceedings on the ground that the parties are working cooperatively to resolve this matter. Accordingly,

IT IS ORDERED that Defendant's motion (Doc. 4) is GRANTED. This matter and all associated deadlines are stayed for 30 days. The parties shall file a joint status report on May 4, 2026.

DATED this 3rd day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1