IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FRIENDS OF THE BITTERROOT,

Plaintiff,

vs.

UNITED STATES FOREST SERVICE,

Defendant.

CV 26-49-M-KLD

ORDER

Pursuant to the Court's prior order (Doc. 14), Plaintiff Friends of the Bitterroot filed an unopposed motion to dismiss this case with prejudice. (Doc. 15). The parties have informally resolved this matter. Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 15) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to close the case file.

DATED this 5th day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge